The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAM STEBLETON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EYEBUYDIRECT, INC.,<br><br>Defendant. | No. 2:26-cv-03995-TL<br><br>**STIPULATED MOTION AND ORDER REGARDING JURISDICTIONAL BRIEFING**<br><br>**NOTE ON MOTION CALENDAR: October 23, 2026** |

Pursuant to Local Civil Rules 7(d)(1) and 10(g), Plaintiff Pam Stebleton and Defendant EyeBuyDirect, Inc. (together, the "Parties"), by and through their counsel of record, hereby agree and stipulate as follows:

WHEREAS, on September 18, 2026, Plaintiff filed her Complaint in the Superior Court of the State of Washington, King County, including claims under Washington's Commercial Electronic Mail Act and Consumer Protection Act (Dkt. No. 1-2);

WHEREAS, on October 19, 2026, Defendant removed this action to this Court (Dkt. No. 1);

WHEREAS, upon review of the dockets in similar matters before this Court, the Parties have noted the Court's issuance of Orders to Show Cause ("OSCs") pertaining to subject matter jurisdiction and the potential effect of the Ninth Circuit's forthcoming ruling in *Montes v. Penney OpCo, LLC*, No. 26-241 (9th Cir. 2026) ("*Montes*"). *See, e.g.*, *Bumpas v. Lane Bryant Brands*



**Dovel & Luner, LLP**
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Phone: (310) 656-7066

*Opco LLC*, No. 2:26-cv-00332-TL (Dkt. No. 24, July 9, 2026); *Davidson v. Barkbox, Inc.*, No. 2:26-cv-02073-TL (Dkt. No. 18, July 9, 2026); *Olomon v. Jackery Inc.*, No. 2:26-cv-02330-TL (Dkt. No. 8, July 9, 2026).

WHEREAS, the Court has indicated it intends to examine whether subject matter jurisdiction exists over this case. *See* Dkt. No. 7.

WHEREAS, in an effort to conserve Court and Party resources, the Parties have stipulated to affirmatively bring the issues raised in these OSCs before the Court through motion practice. Specifically, the Parties intend to brief their respective positions on: (1) whether this matter should be stayed pending the Ninth Circuit's decision in *Montes*; and (2) whether this Court has Article III subject matter jurisdiction over the Complaint in this action.

WHEREAS, the Parties agree that it will save substantial Court and Party resources to brief these issues prior to briefing any motion to dismiss.

WHEREAS, the Parties further agree that Defendant's deadline to respond to the Complaint under Federal Rule of Civil Procedure 81(c)(2) should be vacated and that good cause exists for that relief given that the Parties intend to first brief issues of subject matter jurisdiction, and Defendant's deadline to respond to the Complaint can be reset after any jurisdictional issues are resolved.

**NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties through their respective undersigned counsel, that:

1. By November 13, 2026, the Parties shall each submit briefs not in excess of 2,400 words addressing: (1) whether this matter should be stayed pending the Ninth Circuit's decision in *Montes*; and (2) whether this Court has Article III subject matter jurisdiction over the Complaint in this action;
2. All remaining case deadlines, including the existing deadline for Defendant to respond to the Complaint, shall be held in abeyance until the Court issues its ruling in response to the Parties' briefing regarding *Montes* and subject matter jurisdiction.



**Dovel & Luner, LLP**
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Phone: (310) 656-7066

STIPULATED this 23th day of October, 2026.

Dated: October 23, 2026

*/s/ Lauren Rainwater*
Lauren B. Rainwater, WSBA #43625
Rachel Herd, WSBA #50339
Hannah E.M. Parman, WSBA #58897
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: 206-622-3150
laurenrainwater@dwt.com
rachelherd@dwt.com
hannahparman@dwt.com

*Attorneys for Defendant EyeBuyDirect, Inc.*

Dated: October 23, 2026

*/s/ Jonas Jacobson*
Jonas B. Jacobson (WSBA No. 62890)
Simon Franzini (WSBA No. 63689)
**DOVEL & LUNER, LLP**
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: +1.310.656.7066
Facsimile: +1.310.656.7069
*jonas@dovel.com*
*simon@dovel.com*

Cody Hoesly (WSBA No. 41190)
**BARG SINGER HOESLY PC**
1000 SW Broadway, Suite 900
Portland, OR 97205
Telephone: +1.503.241.3311
*choesly@bargsinger.com*

*Attorneys for Plaintiff Pam Stebleton*

**~~[PROPOSED]~~ ORDER**

Having considered the Parties' Stipulated Motion Regarding Jurisdictional Briefing, the requested relief is GRANTED.

IT IS SO ORDERED.

Dated this 26th day of October, 2026.

By: ______________________________
The Honorable Tana Lin
United States District Judge

Presented by:

*<u>/s/ Lauren Rainwater</u>*
Lauren B. Rainwater, WSBA #43625
Rachel Herd, WSBA #50339
Hannah E.M. Parman, WSBA #58897
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: 206-622-3150
laurenrainwater@dwt.com
rachelherd@dwt.com
hannahparman@dwt.com
*Attorneys for Defendant EyeBuyDirect, Inc.*

*<u>/s/ Jonas B. Jacobson</u>*
Jonas B. Jacobson (WSBA No. 62890)
Simon Franzini (WSBA No. 63689)
**DOVEL & LUNER, LLP**
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: +1.310.656.7066
Facsimile: +1.310.656.7069
*jonas@dovel.com*
*simon@dovel.com*

Cody Hoesly (WSBA No. 41190)
**BARG SINGER HOESLY PC**
1000 SW Broadway, Suite 900
Portland, OR 97205
Telephone: +1.503.241.3311
*choesly@bargsinger.com*
*Attorneys for Plaintiff Pam Stebleton*